**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

LIANG LI,                                    )
                                             )
      Petitioner,              )
                                             )
v.                                           )        Case No. CIV-25-1480-J
                                             )
PAMELA BONDI, et al.,                        )
                                             )
      Respondents.             )

## <u>JUDGMENT</u>

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition. Respondent shall release Petitioner Liang Li from custody immediately, subject to an appropriate Order of Supervision. Respondents shall certify compliance by filing a status report affirming that Petitioner has been released from custody no later than February 27, 2026.

IT IS SO ORDERED this 19th day of February, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE